Amir J. Goldstein, Esq. (SBN 255620)
ajg@consumercounselgroup.com
5455 Wilshire Boulevard, Suite 1812
Los Angeles, CA 90036
Tel  323.937.0400
Fax 866.288.9194

Attorney for Plaintiff

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRUCE PERRY, | ) | CASE NO.: 12-CV-07240-SJO-FMO |
| Plaintiff, | ) | |
| v. | ) | ORDER RE DISMISSAL |
| CREDIGY RECEIVABLES, INC. and DOES 1 through 10, inclusive | ) | |
| Defendants. | ) | |

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients, (the Defendant not having appeared) that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.

/S/ AJG_____
Amir J. Goldstein Esq.
**ATTORNEY FOR PLAINTIFF**
5455 Wilshire Blvd. Suite 1812
Los Angeles, California 90036
Tel: 323-937-0400
Fax: 866-288-9194

SO ORDERED:

11/28/12

*S. James Otero* (signature)

U.S.D.J.

(Proposed) Order re Dismissal